IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN HUMPHRIES, ) | |
| ) | Civil Action No. 09 - 485 |
| Petitioner, ) | |
| ) | Judge Gary L. Lancaster / |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| WARDEN OF ALLEGHENY COUNTY ) | |
| JAIL, MR. RUSTIN, ) | |
| ) | |
| Respondent. ) | |

## **MEMORANDUM ORDER**

The above captioned Petition was received by the Clerk of Court on April 22, 2009, and was assigned to United States Magistrate Judge Lisa Pupo Lenihan. Judge Lancaster was assigned to the case as the presiding Judge on May 4, 2009, and the case was referred back to Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation (Doc. No. 3), filed on May 4, 2009, recommended that the Petition for Writ of Habeas Corpus be dismissed as moot. Service was made on the Petitioner at his last known address which was the Allegheny County Jail, 950 Second Avenue, Pittsburgh, PA 15219. The Petitioner was informed that in accordance with Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.1.4(B) of the Local Rules for Magistrate Judges, he had ten (10) days to file any objections. No objections have been filed. After review of the pleadings and the documents in the case, together with the report and recommendation the following order is entered:

AND NOW, this 1ST day of June, 2009;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED AS MOOT.

IT IS FURTHER ORDERED that the Report and Recommendation (Doc. No. 3) of Magistrate Judge Lenihan, dated May 4, 2009, is adopted as the opinion of the court.

/s/ Gary L. Lancaster
Gary L. Lancaster
United States District Judge

cc: Lisa Pupo Lenihan
U.S. Magistrate Judge

JOHN HUMPHRIES
40729 3A -104
Allegheny County Jail
950 2nd Avenue
Pittsburgh, PA 15219-3100